IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM ELSAYED, on behalf of himself and all other similarly situated employees<br><br>Plaintiff,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 17-3579 |

**ORDER**

**AND NOW**, this 17th day of July, 2019, after reviewing Plaintiff's Unopposed Motion and Memorandum of Law in Support of Approval of Settlement (Docket No. 97), it is hereby **ORDERED** that a Final Approval Settlement Hearing shall be held on **Wednesday, August 28, 2019, at 1:30 p.m.**, in the **READING** Chambers of the Honorable Jeffrey L. Schmehl, The Madison Building, Room 401, 400 Washington Street, Reading, Pennsylvania.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.