## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM ELSAYED, on behalf of himself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 17-cv-03579-JLS |

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Approval of Settlement. Having reviewed and considered the unopposed motion, the Court **GRANTS** the motion and hereby **ORDERS** that:

1. The Court, pursuant to 29 U.S.C. § 216(b), **APPROVES** the settlement as a fair and reasonable resolution of a *bona fide* dispute.

2. The Court **APPROVES** payment of the Settlement Sum (as that term is defined in the Settlement Agreement) and **GRANTS** Plaintiff's counsel's request for payment of attorneys' fees and expenses. Such sums shall be paid and distributed in accordance with the terms of the Settlement Agreement.

3. This action is dismissed with prejudice. The Court shall retain jurisdiction over this matter for three (3) months for the limited purpose of enforcing the Settlement Agreement.

So **ORDERED** this 28th day of AUGUST, 2019.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J